UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

| | | |
|---|---|---|
| DPWN Holdings (USA) Inc., | : | |
| Plaintiff, | : | |
| vs. | : | 11 Civ. No. 0564-JG-VVP |
| United Air Lines, Inc.; United Continental Holdings, Inc. | : | STIPULATION |
| Defendants. | : | |

---------------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to the above-captioned action, that the time for the defendants to answer, move, or otherwise respond to the Complaint is extended until 30 days after the defendants are served with an amended complaint.

Dated: June 3, 2011

| Orrick, Herrington & Sutcliffe LLP | Mayer Brown LLP |
|---|---|
| By: _____/s/_____<br>　　J. Peter Coll, Jr. | By:_____/s/_____<br>　　John Roberti |
| 51 W. 52d St.<br>New York, NY 10019<br>(212) 506-5000 | 1999 K Street NW<br>Washington, DC 20006<br>(202) 263-3428 |
| Attorneys for Plaintiff DHL | Attorneys for Defendants United Air Lines, Inc. and United Continental Holdings, Inc. |

SO ORDERED:

_____
U.S.D.J.