

August 31, 2018

*Via ECF*

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10013

**Orrick, Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400

**orrick.com**

**Garret G. Rasmussen**

E  grasmussen@orrick.com
D  +1 202 339 8481
F  +1 202 339 8500

Re:  DPWN Holdings (USA), Inc. v. United Airlines, Inc., Civ. No. 11-564 (BMC) (PK)

Dear Judge Cogan:

On behalf of plaintiff DPWN Holdings (USA), Inc. ("DHL"), we respectfully submit this letter to request that oral argument be permitted on the following oppositions filed today by Plaintiff in the above-referenced action: Plaintiff's Opposition to Summary Judgement (Docket No. 190) and Plaintiff's Opposition to Defendant's Motion To Exclude The Proposed Expert Testimony Of Dr. Robert Maness and Dr. Peter Morrell (Docket No.189). Pursuant to Section III.D of Your Honor's Individual Practices, please note that the Opposition to Summary Judgment will be argued by Benjamin F. Aiken and Thomas King-Sun Fu, and that the Opposition to Defendant's *Daubert* motion will argued by Thomas King-Sun Fu and Monica Svetoslavov. Mr. Aiken has been admitted to the Maryland bar and the District of Columbia bar for less than five years.  Mr. Fu has been admitted to the Maryland bar and the District of Columbia bar for less than five years. Ms. Svetoslavov has been admitted to the District of Columbia bar for less than five years.

Respectfully submitted,

*/s/ Garret G. Rasmussen*

Garret G. Rasmussen

cc:     John Roberti, Counsel for United Airlines, Inc.