# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Atif Khawaja, P.C.<br>To Call Writer Directly:<br>+1 212 446 4749<br>atif.khawaja@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

March 20, 2019

*Via ECF*

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 10013

      Re:    *DPWN Holdings (USA), Inc. v. United Airlines, Inc.*,
              11 Civ. 564 (BMC)

Dear Judge Cogan:

      Pursuant to the Court's order on March 14, 2019, the parties have met and conferred as to an appropriate trial date and pretrial schedule. The parties jointly propose that trial commence on September 16, 2019, and further propose that the pretrial schedule be as follows:

| Date | Description |
|---|---|
| April 22, 2019 | Parties meet and confer on proposed stipulations of facts |
| April 26, 2019 | Plaintiff serves:<br>• Trial exhibit designations<br>• Images of trial exhibit designations<br>• Deposition designations<br>Defendants serve:<br>• Trial exhibit designations<br>• Images of trial exhibit designations<br>• Deposition designations |

# KIRKLAND & ELLIS LLP

Hon. Brian M. Cogan
March 20, 2019
Page 2

| | |
|---|---|
| May 3, 2019 | Parties serve initial witness list (including "will call" vs. "may call" designation and denoting which witnesses each party intends to call live and which witnesses will be presented by deposition designation) |
| May 17, 2019 | Plaintiff serves:<br>• Objections to Defendants' trial exhibit designations and Defendants' deposition designations<br>• Counter deposition designations<br>• Additional trial exhibit designations based on Defendants' trial exhibit and deposition designations<br>• Proposed stipulations of fact<br>Defendants serve:<br>• Objections to Plaintiff's trial exhibit designations and Plaintiff's deposition designations<br>• Counter deposition designations<br>• Additional trial exhibit designations based on Plaintiff's trial exhibit and deposition designations |
| May 31, 2019 | Parties exchange drafts of their respective portions of the joint pretrial statements and proposed order<br>Plaintiff serves:<br>• Objections to Defendants' additional trial exhibit designations and Defendants' counter deposition designations<br>Defendants serve:<br>• Objections to Plaintiff's additional trial exhibit designations and Plaintiff's counter deposition designations<br>• Counter proposed stipulations of fact |
| June 5, 2019 | Parties' first meet and confer regarding fact stipulations; objections to and admissibility of exhibits and deposition designation |
| June 10, 2019 | Parties' second meet and confer regarding fact stipulations; objections to and admissibility of exhibits and deposition designation |

# KIRKLAND & ELLIS LLP

Hon. Brian M. Cogan
March 20, 2019
Page 3

| | |
|---|---|
| June 14, 2019 | Parties file joint pretrial statement and proposed order |
| June 28, 2019 | Deadline for all parties to file *in limine* motions |
| July 19, 2019 | Deadline for all parties to file oppositions to *in limine* motions |
| August 2, 2019 | Deadline for any replies to *in limine* motions |
| August 2, 2019 | Parties file and serve:<br>• Voir dire questions;<br>• Proposed jury instructions; and<br>• Proposed verdict forms |
| August 16, 2019 | Final Pretrial Conference |
| September 16, 2019 | Jury Selection with trial to follow |

As instructed by the Court, United has also made a settlement offer to the plaintiff. The parties believe that there is very little chance for settlement.

Respectfully submitted,

/s/ Antony P. Kim
Garret G. Rasmussen
Antony P. Kim
J. Peter Coll
Jonathan A. Direnfeld
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
202-339-8400

*Counsel for Plaintiff*

/s/ Atif Khawaja
Atif Khawaja, P.C.
Robert Allen
Rachel M. Fritzler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-446-4800

John Roberti
Allen & Overy LLP
1101 New York Ave., NW
Washington, D.C. 20005
202-683-3800

*Counsel for Defendants*