# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  | 601 Lexington Avenue<br>New York, NY 10022<br>United States |  |
|---|---|---|
| Atif Khawaja<br>To Call Writer Directly:<br>+1 212 446 4749<br>atif.khawaja@kirkland.com | +1 212 446 4800<br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

August 9, 2019

<u>Via CM/ECF</u>

Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *DPWN Holdings (USA), Inc. v. United Airlines, Inc.*, No. 11-564 (BMC)

Dear Judge Cogan:

We represent defendants United Airlines, Inc. and United Continental Holdings, Inc. (collectively, "United") in the above-captioned matter. We respectfully write on behalf of all parties to advise the Court that the parties have reached an agreement in principle to resolve this matter. The parties are actively working to finalize their agreement, and anticipate that Plaintiff DPWN Holdings (USA), Inc. will be filing a motion to dismiss the action with prejudice within the next few weeks. Accordingly, we respectfully ask the Court to adjourn the pretrial conference and trial date *sine die*.

We thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

*/s/ Atif Khawaja*
Atif Khawaja

cc:   Counsel of Record (by CM/ECF)