UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DPWN HOLDINGS (USA), INC.<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIR LINES, INC. d/b/a UNITED AIRLINES; UNITED CONTINENTAL HOLDINGS, INC. f/k/a UAL CORP.<br><br>Defendants. | Case No.: 1:11-cv-00564 (BMC)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff DPWN Holdings (USA), Inc., by and through its counsel, seeks to voluntarily dismiss WITH PREJUDICE all claims asserted by Plaintiff in the above-captioned matter. Defendants United Air Lines, Inc. and United Continental Holdings, Inc. hereby stipulate to Plaintiff's voluntary dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii). Each party shall bear its own costs and attorney's fees.

Dated: New York, New York
September 18, 2019

Respectfully submitted,

*/s/ Garret G. Rasmussen*
Garret G. Rasmussen
Antony P. Kim
J. Peter Coll
Jonathan A. Direnfeld
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
202-339-8400

*Counsel for Plaintiff*

*/s/ Atif Khawaja*
Atif Khawaja, P.C.
Robert Allen
Rachel Fritzler
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
atif.khawaja@kirkland.com

*Counsel for Defendants*